UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LARRY PUGH,

    Plaintiff,

v.   Case No.  5:20-cv-183-TKW/MJF

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 29) and Plaintiff's objections (Doc. 33).  The Court reviewed the issues raised in the objections de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed.

If, as Plaintiff claims in his objections "[t]he BOP's ultimate failure is not that it failed to prescribe Prilosec but that it stopped prescribing Ranitidine and failed to prescribe **any** medication to treat [Plaintiff's] chronic GERD condition," Doc. 33, at 6 (emphasis in original), that "failure" occurred in July 2014, which means that Plaintiff's cause of action likely accrued even earlier than the magistrate judge determined.  Either way, the Court agrees with the magistrate judge's conclusion that the statute of limitations bars Plaintiff's medical malpractice claim under the

Federal Tort Claim Act.  With respect to the other issues discussed in the Report and Recommendation, Plaintiff does not contest the magistrate judge's determination that there is no legal basis for Plaintiff to recover his expenditures for medications and he disclaims any intent to plead a deliberate indifference claim under the Eighth Amendment or a claim under the Freedom of Information Act.  *Id.* at 11, 16.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's motion to dismiss (Doc. 14) is **GRANTED**, and this case is **DISMISSED** with prejudice.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 16th day of August, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**